AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-19-01668-002-TUC-RM (JR) |
| | ) | |
| | ) | |
| | ) | |
| Kristyn Rochelle Spero | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Kristyn Rochelle Spero                                                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information  ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ✔ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release. Supervised release was imposed October 31, 2019, by the Hon. Rosemary Márquez.

Date:        March 2, 2026                                          _____
                                                                                            *Issuing officer's signature*

City and state:  Tucson, Arizona                                        Sandra G. Fuller, Deputy Clerk
                                                                                            *Printed name and title*

s/ Debra D. Lucas, Clerk

| Return |
|---|
| This warrant was received on *(date)* 03/02/2026 , and the person was arrested on *(date)* 05/13/2026 at *(city and state)* PHOENIX, ARIZONA . |

Date: 05/13/2026        Subject arrested by USMS,                    _____
                                    and initialed on 05/14/2026                        *Arresting officer's signature*
                                    in the District of Arizona.
                                                                                            _____
                                                                                            *Printed name and title*

cc: Nicole Savel (AUSA).
Copies have been distributed to: Barbara Valdez (USPO-Phoenix) and USM.